IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORRY W. BAKER**                                                                                          **PLAINTIFF**

V.                                              **4:22CV00377 JM**

**ROCK REGION METROPOLITAN**
**TRANSIT AUTHORITY D/B/A**
**ROCK REGION METRO**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 29th day of November, 2023.

_____
James M. Moody Jr.
United States District Judge